UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-24283-DPG

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

        Plaintiff,

v.

STEIN MART, INC., a Florida corporation,

        Defendant.

_____/

**NOTICE OF SETTLEMENT**

Defendant Stein Mart, Inc., by and through its undersigned counsel, hereby gives the Court notice that Plaintiff, Andres Gomez and Defendant, Stein Mart, Inc., have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

Dated: February 16, 2018.

*/s/ Beth S. Joseph*
Anne Marie Estevez
   Florida Bar No. 991694
Beth S. Joseph
   Florida Bar No. 00062952
anne.estevez@morganlewis.com
beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Counsel for Defendant*

DB1/ 95923357.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Beth S. Joseph
Beth S. Joseph

## SERVICE LIST

Jessica L. Kerr, Esq.
Pamela E. Chavez, Esq.
The Advocacy Group
333 Las Olas Way, CU3, Suite 311
Fort Lauderdale, FL  33301
Tel:  954.282.1858
Email:  service@advocacypa.com

*Counsel for Plaintiff*