UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-24283-DPG

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

STEIN MART, INC., a Florida
corporation,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANDRES GOMEZ and Defendant, STEIN MART, INC., a Florida corporation, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice. Each party shall bear his/its own attorneys' fees and costs.

AGREED and STIPULATED on this 19th day of March, 2018.

| | |
|---|---|
| */s/ Jessica L. Kerr* | */s/ Beth S. Joseph* |
| Jessica L. Kerr, Esquire | Beth S. Joseph, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 00062952 |
| **The Advocacy Group** | **Morgan, Lewis & Bockius LLP** |
| 200 S.E. 6th Street, Suite 504 | 200 South Biscayne Boulevard, Suite 5300 |
| Fort Lauderdale, FL 33301 | Miami, Florida 33131-2339 |
| Telephone: (954) 282-1858 | Telephone: (305) 415-3330 |
| Email: service@advocacypa.com | Email: beth.joseph@morganlewis.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2018, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810